[No. 62078-9-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK LEE EVANS III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00828-1, Deborah D. Fleck, J., entered July 7, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 62600-1-I.   Division One.   June 7, 2010.]

SEA-TAC AIR CARGO LIMITED PARTNERSHIP, *Appellant*, v. THE PORT OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-28089-1, Richard D. Eadie, J., entered February 12, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

[No. 63166-7-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. NOEL ALI RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12153-1, Susan J. Craighead, J., entered March 9, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Grosse and Becker, JJ.

[No. 63218-3-I.   Division One.   June 7, 2010.]

ANDREA CHEN, *Appellant*, v. STATE FARM BANK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-15539-1, Steven C. Gonzalez, J., entered March 19, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Grosse, J.